1  ROSEMARIE T. RING (State Bar No. 220769)
   rose.ring@mto.com
2  JONATHAN H. BLAVIN (State Bar No. 230269)
   jonathan.blavin@mto.com
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
4  San Francisco, California 94105-2907
   Telephone:  (415) 512-4000
5  Facsimile:   (415) 512-4077

6  JOHN B. MAJOR (State Bar No. 306416)
   john.major@mto.com
7  SAMUEL J. DIAZ (State Bar No. 304503)
   samuel.diaz@mto.com
8  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
9  Los Angeles, California 90071-3426
   Telephone:  (213) 683-9100
10 Facsimile:   (213) 687-3702

11 Attorneys for Defendant SNAP INC.

12

13                    **UNITED STATES DISTRICT COURT**

14                    **CENTRAL DISTRICT OF CALIFORNIA**

15

| 16 | CARLY LEMMON AND MICHAEL MORBY, as surviving parents of Hunter Morby (deceased); MICHAEL MORBY, as administrator of the estate of Hunter Morby (deceased); SAMANTHA AND MARLO BROWN, as surviving parents of Landen Brown (deceased), | Case No. 2:19-cv-04504-MWF-KS |
|---|---|---|
| | Plaintiffs, | **ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS** |
| | v. | Pretrial Conference:   Not Set |
| | SNAP INC. (doing business in California as Snapchat, Inc.), | Trial Date:                     Not Set |
| | Defendant. | |

**ORDER**

Pursuant to the parties' stipulation, the following schedule shall apply to the filing of and briefing on Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint

| | |
|---|---|
| Defendant's Motion to Dismiss FAC | December 16, 2019 |
| Plaintiffs' Opposition to Motion | January 13, 2020 |
| Defendant's Reply in Support of Motion | January 27, 2020 |

The hearing on Defendant's Motion to Dismiss the First Amended Complaint shall be held on February 10, 2020.

DATED: November 6, 2019     By: _____
The Honorable Michael W. Fitzgerald
Judge of the United States District
Court for the Central District of
California