Name: Naveen Ramachandrappa [Bondurant, Mixson & Elmore]
Address: 1201 West Peachtree St NW Ste 3900
City, State, Zip: Atlanta, GA 30309
Phone: 404-881-4100
Fax: 404-881-4111
E-Mail: ramachandrappa@bmelaw.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Carly Lemmon, Michael Morby, Samantha Brown, and Marlo Brown,

PLAINTIFF(S),

v.

Snap, Inc.

DEFENDANT(S).

CASE NUMBER: 2:19-cv-04504-MWF-KS

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that **Plaintiffs Lemmon, Morby, Brown, and Brown** (Name of Appellant) hereby appeals to the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**
☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**
☒ Order (specify):
  Feb. 25, 2020 Order Of Dismissal [Doc. 61]

☒ Judgment (specify):
  Feb. 25, 2020 Judgment [Doc. 61]

☐ Other (specify):

Imposed or Filed on **February 25, 2020**. Entered on the docket in this action on **February 25, 2020**.

A copy of said judgment or order is attached hereto.

March 18, 2020
Date

/s/ Naveen Ramachandrappa
Signature
☒ Appellant/ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).