UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 26 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CARLY LEMMON; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>SNAP, INC., doing busniess in California as Snapchat, Inc.,<br><br>        Defendant - Appellee. | No. 20-55295<br><br>D.C. No. 2:19-cv-04504-MWF-KS<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered May 04, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7