# BONDURANT MIXSON & ELMORE LLP

**Naveen Ramachandrappa**
Direct Dial - 404.881.4151
ramachandrappa@bmelaw.com

July 7, 2021

**Via CM/ECF**

Hon. Michael W. Fitzgerald
United States District Judge
Central District of California
First Street Courthouse
350 W 1st St, Courtroom 5A
Los Angeles, CA 90012

      Re:    *Lemmon v. Snap, Inc.*, 2:19-cv-04504-MWF-KS
               Notice of New Development Regarding *Maynard v. Snapchat, Inc.*

    As your Honor is aware or will become aware, in the supplemental briefs recently filed in this case (Snap's brief filed on June 15, 2021, and the Parents' brief filed on July 6, 2021), each side has cited to opinions in the Georgia Court of Appeals' two-to-one decision *Maynard v. Snapchat, Inc.*, 851 S.E.2d 128 (Ga. Ct. App. 2020).

    This morning, on July 7, 2021, the Georgia Supreme Court granted a petition of certiorari to review the Georgia Court of Appeals' decision in *Maynard*. *See* July 7, 2021 Order, *available at* https://www.gasupreme.us/wp-content/uploads/2021/07/s21c0555.pdf.

    As this order was just issued this morning, neither side's supplemental brief could have mentioned it. Thus, the purpose of this letter and notice is to simply make sure the Court is aware of this new development and to leave any discussion or argument regarding this development for the hearing scheduled for August 2, 2021.

                                              Sincerely,

                                              **/s/ Naveen Ramachandrappa**

                                              Counsel for Plaintiffs

cc:      all counsel via CM/ECF