**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLY LEMMON, et al.,<br><br>Plaintiff(s)<br>v.<br><br>SNAP, INC.,<br><br>Defendant(s). | **CASE NUMBER**<br><br>CV 19-4504 MWF (KSx)<br><br>**ORDER/REFERRAL TO ADR** |

The Court, having reviewed the parties' Request: ADR Procedure Selection (Form ADR-01), the Notice to Parties of Court-Directed ADR Program, or the report submitted by the parties pursuant to Fed. R. Civ. P. 26(f) and L.R. 26-1, hereby:

**ORDERS** this case referred to:

☐ **ADR PROCEDURE NO. 1:** This case is referred to ☐ the magistrate judge assigned to the case *or* ☐ the magistrate judge in Santa Barbara for such settlement proceedings as the judge may conduct or direct. Counsel are directed to contact the magistrate judge's courtroom deputy to arrange a date and time for the ADR proceeding.

☐ **ADR PROCEDURE NO. 2:** This case is referred to the Court Mediation Panel. Within twenty-one (21) days, plaintiff shall obtain the consent of a neutral on the Court Mediation Panel who will conduct the mediation and shall file Form ADR-2, Stipulation Regarding Selection of Panel Mediator. If the parties have not selected and obtained the consent of a Panel Mediator within twenty-one (21) days, the ADR Program (213-894-2993) will assign one. Forms and a list of the Panel Mediators are available on the Court website, www.cacd.uscourts.gov. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

☑ **ADR PROCEDURE NO. 3:** This case is referred to private mediation. Counsel are directed to contact the private mediator of their choice to arrange a date and time for the mediation.

**IT IS FURTHER ORDERED:**

The ADR proceeding is to be completed by: May 23, 2023

A Status Report Regarding Settlement shall be filed no later than: June 26, 2023

Dated: June 8, 2022

_____
United States District Judge