JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077

L. ASHLEY AULL (State Bar No. 257020)
ashley.aull@mto.com
JOHN B. MAJOR (State Bar No. 306416)
john.major@mto.com
ANNE K. CONLEY (State Bar No. 307952)
anne.conley@mto.com
WILLIAM M. ORR (State Bar No. 331842)
william.orr@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendant SNAP INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLY LEMMON AND MICHAEL MORBY, as surviving parents of Hunter Morby (deceased); MICHAEL MORBY, as administrator of the estate of Hunter Morby (deceased); SAMANTHA AND MARLO BROWN, as surviving parents of Landen Brown (deceased),<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SNAP INC. (doing business in California as Snapchat, Inc.),<br><br>　　　　Defendant. | Case No. 2:19-cv-04504-MWF-KS<br><br>**STIPULATION REGARDING STAY OF DISCOVERY**<br><br>Pretrial Conference: August 28, 2023<br>Trial Date:　　　September 19, 2023 |

　　　Pursuant to Local Rule 7-1, Plaintiffs Carly Lemmon and Michael Morby, as surviving parents of Hunter Morby (deceased); Michael Morby, as administrator of the estate of Hunter Morby (deceased); and Samantha and Marlo Brown, as surviving parents of Landen Brown (deceased) (collectively, "Plaintiffs"), and Defendant Snap

Inc. ("Defendant"), by and through their respective counsel of record, hereby agree and stipulate as follows:

1. WHEREAS, the Court entered an amended scheduling order on January 6, 2022, to allow an in-person mediation to go forward;

2. WHEREAS, under the amended scheduling order, the non-expert discovery cut-off was continued to March 2, 2023;

3. WHEREAS, under the amended scheduling order, discovery, discovery motion practice, and all pending discovery disputes were stayed from January 6, 2023, until February 15, 2023;

4. WHEREAS, the Parties participated in an in-person mediation on February 14, 2023, and have since reached an agreement in principle to resolve this case;

5. WHEREAS, the Parties anticipate making continued progress in the coming days to finalize that agreement, which would eliminate the need for further discovery;

6. WHEREAS, the Parties agree that all discovery, depositions, discovery motion practice, and pending discovery disputes shall be stayed as of the filing date of this stipulation to allow the Parties to finalize a settlement agreement;

7. WHEREAS, the Parties agree that any currently noticed depositions shall not occur as scheduled and that no further depositions shall be noticed during this stay;

NOW, THEREFORE, FOR GOOD CAUSE, Plaintiffs and Defendant stipulate to, and respectfully request, that the Court enter an Order staying discovery in this case to permit the Parties to continue working toward resolution of this case.

Dated: February 21, 2023                NEFF INJURY LAW

                                        By: */s/ D. Dwayne Adams*
                                            D. DWAYNE ADAMS
                                            Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: February 21, 2023 | MUNGER, TOLLES & OLSON LLP |
| 2 | | By: */s/ Jonathan H. Blavin* |
| 3 | | JONATHAN H. BLAVIN |
| | | Attorneys for Defendant Snap Inc. |

# FILER'S ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2), I, Jonathan H. Blavin, certify that that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

By: *Jonathan H. Blavin*
JONATHAN H. BLAVIN
Attorneys for Defendant SNAP INC.