NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLY LEMMON AND MICHAEL MORBY, as surviving parents of Hunter Morby (deceased); MICHAEL MORBY, as administrator of the estate of Hunter Morby (deceased); SAMANTHA AND MARLO BROWN, as surviving parents of Landen Brown (deceased),<br><br>    Plaintiffs,<br><br>  v.<br><br>SNAP INC. (doing business in California as Snapchat, Inc.),<br><br>    Defendant. | Case No. CV 19-4504-MWF(KSx)<br><br>**ORDER GRANTING STIPULATION REGARDING STAY OF DISCOVERY**<br><br>Pretrial Conference: August 28, 2023<br>Trial Date:           September 19, 2023 |

Pursuant to stipulation, and good cause appearing, IT IS ORDERED that:

1. Discovery, depositions, discovery motion practice, and all pending discovery disputes shall be stayed until **April 10, 2023**.

2. No currently noticed deposition shall occur as scheduled and no further depositions shall be noticed during this stay.

3. The parties may file either a stipulated dismissal or further Joint Status Report on or before April 10, 2023.

IT IS SO ORDERED.

Dated:  February 22, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge