| | |
|---|---|
| 1 | JONATHAN H. BLAVIN (State Bar No. 230269) |
| | jonathan.blavin@mto.com |
| 2 | MUNGER, TOLLES & OLSON LLP |
| | 560 Mission Street, Twenty-Seventh Floor |
| 3 | San Francisco, California 94105-2907 |
| | Telephone: (415) 512-4000 |
| 4 | Facsimile: (415) 512-4077 |
| 5 | L. ASHLEY AULL (State Bar No. 257020) |
| | ashley.aull@mto.com |
| 6 | JOHN B. MAJOR (State Bar No. 306416) |
| | john.major@mto.com |
| 7 | ANNE K. CONLEY (State Bar No. 307952) |
| | anne.conley@mto.com |
| 8 | WILLIAM M. ORR (State Bar No. 331842) |
| | william.orr@mto.com |
| 9 | MUNGER, TOLLES & OLSON LLP |
| | 350 South Grand Avenue, Fiftieth Floor |
| 10 | Los Angeles, California 90071-3426 |
| | Telephone: (213) 683-9100 |
| 11 | Facsimile: (213) 687-3702 |
| 12 | Attorneys for Defendant SNAP INC. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLY LEMMON AND MICHAEL MORBY, as surviving parents of Hunter Morby (deceased); MICHAEL MORBY, as administrator of the estate of Hunter Morby (deceased); SAMANTHA AND MARLO BROWN, as surviving parents of Landen Brown (deceased),<br><br>           Plaintiffs,<br><br>   v.<br><br>SNAP INC. (doing business in California as Snapchat, Inc.),<br><br>           Defendant. | Case No. 2:19-cv-04504-MWF-KS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Pretrial Conference: August 28, 2023<br>Trial Date:          September 19, 2023 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties having reached an agreement to settle this action, it is hereby STIPULATED and agreed by and between the parties and their respective counsel that the above-captioned action and all claims asserted therein against Defendant Snap Inc. are voluntarily dismissed with prejudice, with the parties bearing their respective costs, expenses, and fees.

Dated: April 7, 2023

NEFF INJURY LAW

By: */s/ Michael L. Neff*
    MICHAEL L. NEFF
    Attorneys for Plaintiffs

Dated: April 7, 2023

MUNGER, TOLLES & OLSON LLP

By: */s/ Jonathan H. Blavin*
    JONATHAN H. BLAVIN
    Attorneys for Defendant Snap Inc.

**<u>FILER'S ATTESTATION</u>**

Pursuant to L.R. 5-4.3.4(a)(2), I, Jonathan H. Blavin, certify that that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

By: */s/ Jonathan H. Blavin*
JONATHAN H. BLAVIN
Attorneys for Defendant SNAP INC.