JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLY LEMMON AND MICHAEL MORBY, as surviving parents of Hunter Morby (deceased); MICHAEL MORBY, as administrator of the estate of Hunter Morby (deceased); SAMANTHA AND MARLO BROWN, as surviving parents of Landen Brown (deceased),<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SNAP INC. (doing business in California as Snapchat, Inc.),<br><br>　　　　Defendant. | Case No. 2:19-cv-04504-MWF(KSx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Pretrial Conference: August 28, 2023<br>Trial Date:　　　September 19, 2023 |

　　The Court having received and reviewed the parties' Stipulation of Dismissal with Prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, IT IS ORDERED that this action is **DISMISSED in its entirety with prejudice** as to all of Plaintiffs' claims, actions, and causes of action asserted against Defendant Snap Inc.

　　**IT IS SO ORDERED.**

Dated: April 10, 2023

　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　United States District Judge